**Order entered May 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01559-CV

## JIMMY LEE MENIFEE, Appellant

## V.

## JERRY LEE BLAYLOCK, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02830-D**

## ORDER

Before the Court is appellant's motion for extension of time to file his opening brief. We **GRANT** the motion and **ORDER** the brief received May 1, 2020 filed as of the date of this order.

/s/    BILL WHITEHILL
       JUSTICE